IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ROSTAN SOLUTIONS, LLC<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. _____ |
| COMMUNITY CHURCH ASSEMBLY OF GOD CHURCH d/b/a COMMUNITY CHRISTIAN SCHOOL<br>*Defendant* | §<br>§<br>§<br>§<br>§ | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE:

COMES NOW, Rostan Solutions, LLC, and files this Original Complaint against Community Christian School, and would show this Court the following:

**PARTIES**

1. Plaintiff, Rostan Solutions, LLC ("Rostan"), is a Florida limited liability company doing business in Texas. For the purposes of jurisdiction, Rostan is a citizen of the State of Florida.

2. Defendant, Community Church Assembly of God Church d/b/a Community Christian School ("CCS"), is Texas entity that may be served with process by service its registered agent, Loyd T. Thurman, 3400 M. L. King, Orange, Texas 77632, and issuance of a citation is requested at this time.

**JURISDICTION & VENUE**

3. This Court has jurisdiction over this action under 28 U.S.C. §1332(a)(1) because there is diversity of citizenship amongst the parties. Venue is proper in this district under 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to Rostan's claims occurred in this judicial district.

1

4. The Court has personal jurisdiction over CCS because they have sufficient minimum contacts with Texas to be subject to personal jurisdiction by Texas courts.

5. Venue is proper and maintainable in the Eastern District of Texas Federal Court, Beaumont Division, because CCS's principal place of business is in Orange County, Texas.

## FACTS

6. Rostan entered into a contract to provide Hurricane Harvey disaster recovery consulting services to CCS. In furtherance of these services, Rostan and CCS executed a Master Services Agreement ("MSA") which Rostan signed on or around April 2, 2018, and CCS executed on or around September 24, 2019.[1]

7. The MSA specified that on an as-needed basis, CCS would issue "Task Orders" to Rostan describing the work CCS required and containing a mutually agreed upon "Not to Exceed" cost.[2] The MSA also provided that invoices were due thirty (30) days after they are received by CCS and accounts not paid within thirty days are subject to a 4% monthly finance charge.[3]

8. On or around September 24, 2019, CCS issued Task Order 223.02/001, which provided for Rostan to perform tasks associated with FEMA grant application, management, eligibility, and recommendations.[4] The Task Order further provided that the cost should not exceed $735,000.[5] On April 26, 2020, both Rostan and CCS signed Amendment 1 to the Task Order which set forth the scope of services and rate schedule and established the period for service from April 2, 2020 through April 1, 2021.[6]

9. In accordance with the MSA and this Task Order, Rostan performed work from April 2018 through March of 2021. Rostan issued invoices related to its work every one to two months

---

[1] *See* the Agreement, attached hereto as Exhibit A.
[2] *Id.*
[3] *Id.*
[4] *See* the Professional Services Task Order, attached hereto as Exhibit B.
[5] *Id.*
[6] *See* Amendment 1 to the Task Order, attached hereto as Exhibit C

beginning in June of 2018. To date, CCS has not paid for invoiced work that Rostan performed from September 2018 through March 2021. The table below outlines the amounts outstanding from CCS:

| Invoice | Inv Date | Period | Invoice Amount | Invoice Balance | Date Due | Date Paid |
|---|---|---|---|---|---|---|
| 223-01.006 | 06/21/2018 | 4/2/2018-4/29/2018 | $26,792.31 | $0.00 | 7/21/2018 | 9/30/2020 |
| 223-01.006A | 06/21/2018 | 10/01/2017-03/31/2018 | $21,041.25 | $0.00 | 7/21/2018 | 9/30/2020 |
| 223-01.007 | 06/21/2018 | 4/30/2018-5/27/2018 | $21,514.24 | $0.00 | 7/21/2018 | 9/30/2020 |
| 223-01.008 | 08/15/2018 | 5/28/2018-7/1/2018 | $21,447.98 | $0.00 | 9/14/2018 | 9/30/2020 |
| 223-01.009 | 08/20/2018 | 7/2/2018-7/29/2018 | $11,385.00 | $0.00 | 9/19/2018 | 9/30/2020 |
| 223-01.010 | 09/11/2018 | 7/30/2018-8/26/2018 | $12,350.65 | $0.00 | 10/11/2018 | 1/21/2021 |
| 223-01.011 | 10/30/2018 | 8/27/2018 - 9/23/2018 | $13,260.88 | $0.00 | 11/29/2018 | 1/21/2021 |
| 223-01.012 | 01/02/2019 | 9/24/18-12/2/18 | $33,604.15 | $7,501.11 | 2/1/2019 | 1/21/2021 |
| 223-01.013 | 01/21/2019 | 12/3/18-12/30/18 | $8,057.97 | $8,057.97 | 2/20/2019 | |
| 223-01.014 | 02/22/2019 | 12/31/18 -1/27/19 | $20,613.10 | $20,613.10 | 3/24/2019 | |
| 223-01.015 | 04/05/2019 | 01/28/19-03/24/19 | $26,425.96 | $26,425.96 | 5/5/2019 | |
| 233-01.016 | 05/30/2019 | 3/25/19 - 4/30/19 | $12,134.83 | $12,134.83 | 6/29/2019 | |
| 233-01.017 | 07/17/2019 | 5/1/19-6/30-19 | $31,526.79 | $31,526.79 | 8/16/2019 | |
| 233-01.018 | 09/23/2019 | 7/1/19-8/31/19 | $46,879.21 | $46,879.21 | 10/23/2019 | |
| 233-01.019 | 10/31/2019 | 9/1/19-9/30/19 | $18,938.22 | $18,938.22 | 11/30/2019 | |
| 233-01.020 | 01/14/2020 | 10/1/19-12/31/19 | $27,068.20 | $27,068.20 | 2/13/2020 | |
| 5050 | 03/12/2020 | 1/1/20-2/29/20 | $16,637.84 | $16,637.84 | 4/11/2020 | |
| 5107 | 04/16/2020 | 3/1/20-3/31/20 | $3,060.00 | $3,060.00 | 5/16/2020 | |
| 5151 | 05/14/2020 | 4/1/20-4/30/20 | $4,557.50 | $4,557.50 | 6/13/2020 | |
| 5186 | 06/10/2020 | 5/1/20-5/31/20 | $8,000.00 | $8,000.00 | 7/10/2020 | |
| 5228 | 07/14/2020 | 6/1/20-6/30/20 | $4,136.25 | $4,136.25 | 8/13/2020 | |
| 5274 | 08/10/2020 | 7/1/20-7/31/20 | $8,405.00 | $8,405.00 | 9/9/2020 | |
| 5321 | 09/11/2020 | 8/1/20-8/31/20 | $9,933.75 | $9,933.75 | 10/11/2020 | |
| 5380 | 10/08/2020 | 9/1/20-9/30/20 | $11,501.25 | $11,501.25 | 11/7/2020 | |
| 5420 | 11/09/2020 | 10/1/20-10/31/20 | $13,736.25 | $13,736.25 | 12/9/2020 | |
| 5488 | 12/17/2020 | 11/1/20-11/30/20 | $3,333.75 | $3,333.75 | 1/16/2021 | |
| 5526 | 01/20/2021 | 12/1/20-12/31/20 | $7,060.00 | $7,060.00 | 2/19/2021 | |
| 5585 | 02/18/2021 | 1/1/21-1/31/21 | $5,160.00 | $5,160.00 | 3/20/2021 | |
| 5626 | 03/15/2021 | 2/1/21-2/28/21 | $5,805.00 | $5,805.00 | 4/14/2021 | |
| 5637 | 04/02/2021 | 3/1/21-3/31/21 | $9,932.50 | $9,932.50 | 5/2/2021 | |

10. Rostan now brings suit for the unpaid balance remaining, totaling $310,404.48, in addition to the 4% monthly finance charges detailed in the MSA.

## CAUSE OF ACTION: BREACH OF CONTRACT

11. Rostan references and incorporates paragraphs 1-10 as if fully set out herein. By written agreement, CCS was to pay Rostan for all of the work set out in the Task Order, not to exceed $735,000. CCS has refused to pay Rostan the balance it owes, which is approximately $310,404.48. Additionally, CCS owes the 4% monthly service fee which began accruing on

3

February 1, 2019, and continues to accrue monthly on all balances owed, which at the time of this filing is approximately $1 million. Due to CCS's failure to pay Rostan, Rostan has been damaged.

## DAMAGES

12. Rostan seeks recovery of its actual damages, reasonable and necessary attorney's fees, and interest pursuant to Tex. Loc. Gov. Code § 271.153.

## CONDITIONS PRECEDENT

13. All conditions precedent to Rostan's claims for relief have been performed or have occurred.

## JURY DEMAND

14. Rostan hereby demands a trial by jury, and simultaneously pays the required jury fee.

## PRAYER

Rostan seeks against CCS its actual damages owed under the contract, reasonable and necessary attorneys' fees, pre-and-post-judgment interest, and all other relief to which Rostan may justly be entitled.

Respectfully submitted,

**WALSTON BOWLIN CALLENDER, PLLC**

By: */s/ Josh N. Bowlin*
    Josh N. Bowlin
    Attorney in Charge
    Texas State Bar No. 24036253
    josh@wbctrial.com
    Brittany N. Schuchmann
    Texas State Bar No. 24112364
    brittany@wbctrial.com
    4299 San Felipe, Suite 300
    Houston, Texas 77027
    713-300-8700

**ATTORNEY FOR PLAINTIFF ROSTAN SOLUTIONS, LLC**