| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ROSTAN SOLUTIONS, LLC., §
§
      *Plaintiff*, §
§
*versus* §   CIVIL ACTION NO. 1:22-CV-268
§
COMMUNITY CHURCH ASSEMBLY OF §
GOD CHURCH, d/b/a Community §
Christian School, §
§
      *Defendant*. §

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Rostan Solutions, LLC. ("Rostan") brought this diversity suit against Defendant Community Christian School ("CCS") alleging breach of contract. (#1). The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. At an August 29, 2023, hearing before Judge Stetson, CCS orally moved to enforce a mediated settlement agreement. (#18). On February 5, 2024, the magistrate judge entered a Report and Recommendation in which she recommended that the oral motion be denied. (#31). To date, no objections have been filed.

    The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

2

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#5) is **ADOPTED**. It is **ORDERED** that CCS's oral motion to enforce the mediated settlement agreement is **DENIED.**

SIGNED at Beaumont, Texas, this 27th day of February, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE